# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 591 |
| | : | |
| ORDER AMENDING RULE 104 OF THE | : | JUDICIAL ADMINISTRATION DOCKET |
| PENNSYLVANIA RULES OF THE | : | |
| JUDICIAL ETHICS ADVISORY BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2023, pursuant to Article V, Section 10 of the Constitution of Pennsylvania, **IT IS ORDERED** that:

    Rule 104 of the Pennsylvania Rules of the Judicial Ethics Advisory Board is amended in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective immediately.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.